# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL DEAN BALLARD,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>THE STATE OF NEVADA, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:22-CV-00116-MMD-CLB<br><br>**ORDER TO CHANGE ADDRESS** |

　　　Plaintiff Daniel Dean Ballard ("Ballard") initiated this action by filing a motion for leave to proceed *in forma pauperis* and civil rights complaint on March 2, 2022. (ECF Nos. 1, 1-1.) The same day Ely State Prison returned that filing, which was addressed to Ballard, with a handwritten note that said, "Ballard, Daniel was discharged 2/25/2022." (ECF No. 2.) The Court through its experience understands this note to mean Ballard is no longer in the custody of the Nevada Department of Corrections. In addition, the Nevada Department of Corrections public database also lists Ballard as discharged. Pursuant to Local Rule IA 3-1, Ballard must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Ballard shall have until **Friday, April 15, 2022** to file a notice of change of address or this Court will recommend that this action be dismissed.

　　　**DATED**:　March 16, 2022　.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**